IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| REBECCA COLLINS, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>VS.<br><br>MISSION ROAD MINISTRIES,<br><br>Defendant. | § § § § § § § § § § § | CIVIL ACTION NO. SA-19-CA-713-FB |

### *ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT*

Before the Court is the Joint Stipulation of Dismissal filed by the parties on October 21, 2020 (docket #37). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Rebecca Collins and defendant Mission Road Ministries voluntarily stipulate to the dismissal of all claims asserted in this case. The parties further stipulate this dismissal is with prejudice to refiling.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that this case is DISMISSED WITH PREJUDICE pursuant to the Joint Stipulation of Dismissal signed and filed by the plaintiff and defendant on October 21, 2020 (docket #37), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 21st day of October, 2020.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE